E-FILED 7/6/15
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELGUEZABAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOROTHY MERRELL; MERRELL'S AUTO DISMANTLING, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:15-CV-00973-PSG-SP<br><br>**ORDER** |

## **ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: 7/6/15

**PHILIP S. GUTIERREZ**
_____
HONORABLE PHILIP S GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE